**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000905**
**07-NOV-2014**
**09:46 AM**

NO. CAAP-14-0000905

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
ADAM KAAI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DTC-12-002038)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On June 26, 2014, Defendant-Appellant Adam Kekoa Kaai (**Appellant**), pro se, filed a notice of appeal;

(2) The record on appeal was filed on August 25, 2014, and the appellate clerk informed Appellant that the statement of jurisdiction was due by September 4, 2014 and the opening brief was due by October 6, 2014;

(3) Appellant did not file either document;

(4) On October 13, 2014, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on October 23, 2014, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 7, 2014.

Chief Judge

Associate Judge

Associate Judge